Motion by Albany/Capital District Chapter of the Labor Council for Latin American Advancement for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of RODNEY BELLONY, Appellant, v CHERYL CHAMBERS et al., Respondents.

Submitted December 12, 2005; decided December 15, 2005

Motion by New York State Association of Criminal Defense Lawyers et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed submission is accepted as filed.

In the Matter of COUNCIL OF THE CITY OF NEW YORK, Appellant, v MICHAEL R. BLOOMBERG, as Mayor of the City of New York, et al., Respondents.

Submitted December 12, 2005; decided December 15, 2005

Motion by American Civil Liberties Union et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

In the Matter of COUNCIL OF THE CITY OF NEW YORK, Appellant, v MICHAEL R. BLOOMBERG, as Mayor of the City of New York, et al., Respondents.

Submitted December 12, 2005; decided December 15, 2005

Motion by the City and County of San Francisco, California et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.